# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNWIRED SOLUTIONS, INC. | : | |
| | : | |
| v. | : | Civil No. CCB-16-0405 |
| | : | |
| OHIO SECURITY INSURANCE CO. | : | |

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. The motion by Unwired Solutions, Inc., dba Linq Services, Inc. ("Linq") for partial summary judgment (ECF No. 16) is **DENIED**;

2. The cross-motion by Ohio Security Insurance Company and Ohio Casualty Insurance Company (ECF No. 31) for summary judgment is **GRANTED** as to the duty to defend and **DENIED** without prejudice as to the duty to indemnify;

3. The claims related to a duty to indemnify are dismissed without prejudice;

4. The Clerk shall send copies of this Order and the accompanying Memorandum to counsel of record.

5. The Clerk shall **CLOSE** this case.

<u>March 29, 2017</u>　　　　　　　　　　　　　　　　　　　　<u>　　　/S/　　　　　　　　　　　</u>
Date　　　　　　　　　　　　　　　　　　　　　　　　　　　Catherine C. Blake
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge